AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  5:21mj1198 |
| | ) | |
| Andrew F. Dodson | ) | |
| Defendant(s) | ) | |

**FILED**
2:43 pm Aug 02 2021
Clerk U.S. District Court
Northern District of Ohio
Akron

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 22-23, 2021 in the county of Cuyahoga in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. §§ 5861(d), 5845(f), and 5871; 18 U.S.C. § 1001 | Receiving or Possessing an Unregistered Destructive Device, Penalties; Making False Statements |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Peter J. Mauro, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 8/2/2021

City and state: Akron, Ohio

Kathleen B. Burke, U.S. Magistrate Judge