FILED
OCT 0 1 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| | ) | 1:21 CR 717 |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| ANDREW F. DODSON, | ) | Section 1001(a)(2) |
| | ) | |
| Defendant. | ) | JUDGE CALABRESE |

COUNT 1
(False Statement Made to an Agency of the United States,
18 U.S.C. § 1001(a)(2))

The Acting United States Attorney charges:

That on or about the 23rd day of July, 2021, ANDREW F. DODSON, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by denying that he had ever manufactured an explosive device to a Special Agent for the Federal Bureau of Investigation, at the Beachwood City Jail, in the Northern District of Ohio. The statement and representation was false because, as DODSON then and there knew, he had previously manufactured an explosive device.

In violation of Title 18, United States Code, Section 1001(a)(2).

BRIDGET M. BRENNAN
Acting United States Attorney

By: _____
DANIEL J. RIEDL
Unit Chief, National Security